U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 23 2024

TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JACQUILINE WOODARD, Plaintiff | CIVIL ACTION NO. 1:22-CV-04255 |
| VERSUS | JUDGE DRELL |
| STATE FARM FIRE & CASUALTY CO., *ET AL.* Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (ECF No. 9) is DENIED AS MOOT.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 23rd day of January 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT